UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>BRAYDON MIRABACK, and<br><br>ZACHARY MIRABACK,<br><br>Defendants. | CASE NO. CR 05-05704-FDB<br><br>ORDER |

This matter has come before the Court on an agreed motion by both defendants and the Government for an extension of time in which to file pre-trial motions. Having considered the papers filed by the parties, the records and files herein, and the motion for continuance of pre-trial motions date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested extension of time for the filing of pre-trial motions would deny counsel the reasonable time necessary for effective preparation, taking into account the

ORDER-1

No. CR 05-05704-FDB

exercise of due diligence; and the requested extension of time is necessary to insure the effective trial preparation by the parties.

It is therefore ORDERED that the time within which pre-trial motions must be filed in this case be extended to November 10, 2005.

SO ORDERED this 17th day of October, 2005

                                        /s/ Franklin D Burgess
                                        FRANKLIN D BURGESS
                                        UNITED STATES DISTRICT JUDGE